IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

|  |  |  |
|---|---|---|
| Keith Eugene Waters | ) | CA: 4:23-cv-06668-SAL |
| Plaintiff(s), | ) | |
|  | ) | **SECOND AMENDED** |
|  | ) | **SCHEDULING ORDER** |
| v. | ) | |
|  | ) | |
|  | ) | |
| HireRight, LLC and DOES 1-10 inclusive | ) | |
| Defendant(s). | ) | |

Pursuant to the Federal Rules of Civil Procedure and the Local Civil Rules of this District, the Court hereby establishes the following schedule for this case.

1. Expert Disclosures:

    A. Plaintiff(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Plaintiff(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **February 20, 2025**.

    B. Defendant(s) shall file and serve a document identifying by full name, address, and telephone number each person whom Defendant(s) expects to call as an expert at trial and certifying that a written report prepared and signed by the expert pursuant to Fed. R. Civ. P. 26(a)(2)(B) or, where allowed, a report prepared by counsel has been disclosed to the other parties by **March 25, 2025**.

2. Discovery: Discovery shall be completed no later than **May 19, 2025**. All discovery requests shall be served in time for the responses thereto to be served by this date. De bene esse depositions must be completed by the discovery deadline. **No motions relating to discovery shall be filed until counsel have consulted and attempted to resolve the matter as required by Local Civil Rule 7.02 (D.S.C.) and have had a telephone conference with Judge Lydon in an attempt to resolve the matter informally. The request for a telephone conference should be made within the time limit prescribed by local rule for filing such a motion. Attorneys should send a request for a telephone conference via e-mail to lydon_ecf@scd.uscourts.gov. The parties shall set forth their respective positions in their request.**

3. <u>Motions</u>: All dispositive motions, *Daubert* motions, and all other motions, except those to complete discovery, those nonwaivable motions made pursuant to Fed. R. Civ. P. 12, and those relating to the admissibility of evidence at trial (other than *Daubert* motions), shall be filed on or before **June 27, 2025**.

4. <u>Mediation</u>: Mediation shall be completed in this case on or before **July 11, 2025**. *See* Judge Lydon's Standing Order to Conduct Mediation (setting forth mediation requirements).

5. <u>Pretrial Disclosures</u>: No later than **July 25, 2025** the parties shall file and exchange Fed. R. Civ. P. 26(a)(3) pretrial disclosures. Within 14 days thereafter, a party shall file and exchange Fed. R. Civ. P. 26(a)(3) objections, any objections to use of a deposition designated by another party, and any deposition counter-designations under

Fed. R. Civ. P. 32(a)(6). Deposition designations and counter-designations must specifically identify the portions to be offered, including page and line citations.

6. <u>Trial</u>: This case will go to trial during the **September 2025** term of court. Counsel, parties, and witnesses should plan their schedules, including vacations, accordingly.

The parties' attention is specifically directed to Local Civil Rule 5.03 (D.S.C.) regarding the filing of confidential material. The parties' attention is also directed to the court's website regarding instructions or other orders that may be applicable to your case.

/s/Sherri A. Lydon _____
Sherri A. Lydon
United States District Judge

Dated: October 22, 2024
Columbia, South Carolina

*[signatures on following page]*

We Consent:


*/s/ Layal Issa Ramirez*
Layal Issa Ramirez (*pro hac vice*)
Leah A. Tedford (*pro hac vice*)
MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
1735 Market St., 21st Fl.
Philadelphia, PA 19103
215-772-7401
ltedford@mmwr.com
lramirez@mmwr.com


Wm. Howell Morrison
HAYNSWORTH SINKLER BOYD, P.A.
134 Meeting St., 3rd Floor
Charleston, SC 29401
Phone: (843) 720-4405
hmorrison@hsblawfirm.com


*Counsel for Defendant HireRight, LLC*


*/s/ Devin H. Fok*
Devin H. Fok *(pro hac vice)*
DHF Law, PC
2304 Huntington Drive
Suite 210
San Marino, CA 91108
devin@devinfoklaw.com

*/s/ Rodney F. Pillsbury*
Rodney F. Pillsbury
Pillsbury Law Firm LLC
301 Rutherford Street
Greensville, SC 29609

*Counsel for Plaintiff Keith Eugene Waters*

3