IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Keith Eugene Waters, as an individual | C/A No.: 4:23-cv-06668-SAL |
| Plaintiff(s), | |
| v. | |
| HireRight, LLC, and DOES 1-10 inclusive | |
| Defendant(s). | |

**ALTERNATIVE DISPUTE RESOLUTION ("ADR")**
**STATEMENT AND CERTIFICATION**

Pursuant to Local Civil Rule 16.03, the undersigned certifies that he or she has (1) provided the party he or she represents with any materials relating to ADR which were required to be provided by Local Civil Rule 16.01 or order of the Court; (2) discussed the availability of ADR mechanisms with the party; and (3) discussed the advisability and timing of ADR with opposing counsel.

Submitted this 2nd day of December, 2024

/s/ Devin H. Fok
Devin H. Fok
DHF Law, PC
2304 Huntington Drive, Suite 210
San Marino, CA 91108
Ph: 888-651-6411
devin@devinfoklaw.com

*Attorney for Plaintiff*