# EXHIBIT A

**Non-Confidential, Descriptive Index of the Documents at Issue**

| HireRight MSJ | Description | Portions to Seal |
|---|---|---|
| Ex. 7 | Meredith. Knoche Deposition Transcript (Apr. 22, 2025) | 32:22-33:12<br>33:18-34:25<br>65:8-12<br>65:17-66:17<br>66:23-67:5<br>67:16-18<br>68:5-25<br>70:18-25<br>74:15-75:25<br>209:1-210:6 |
| Ex. 8 | HireRight's South Carolina Counties Criminal Manual | Entire document |
| Ex. 9 | Magnum Report Creation Notes | |
| Ex. 10 | Big G Report Creation Notes | |
| Ex. 11 | Ceva Report Creation Notes | |
| Ex. 16 | Ex. 16 to Meredith Knoche Deposition Transcript | Entire document |
| Ex. 17 | HireRight's South Carolina Criminal and Offense History Search Accuracy Rate from June 2021 to June 2022 | Entire document |
| Quotations and discussions of these materials in the Memorandum of Law in Support of Summary Judgment | | |