# EXHIBIT C

# THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| MEGAN THERESA CHASE,<br><br>Plaintiff,<br><br>v.<br><br>HIRERIGHT, LLC,<br><br>Defendant. | **ORDER GRANTING DEFENDANT HIRERIGHT, LLC'S MOTION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF ITS MOTION FOR SUMMARY JUDGMENT (ECF 57)**<br><br>**Case No. 1:23-cv-00107-HCN-JCB**<br><br>**District Judge Howard C. Nielson, Jr.**<br><br>**Magistrate Judge Jared C. Bennett** |

Before the court is Defendant HireRight, LLC's Motion for Leave to File Under Seal Portions of Its Motion for Summary Judgment.[1] For the reasons set forth in the motion, and good cause appearing, the court GRANTS the motion. Accordingly, the court HEREBY ORDERS: Exhibits 2 (page 6), 3 (page 11), 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 24 and 25 to the Motion for Summary Judgment and related discussion in the Motion for Summary Judgment shall remain under seal.

IT IS SO ORDERED.

DATED this 9th day of June 2025.

BY THE COURT:

JARED C. BENNETT
United States Magistrate Judge

---

[1] ECF No. 58.