UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| KEITH EUGENE WATERS, | Civil Action No. 4:23-cv-06668-SAL |
|---|---|
| *Plaintiff*, | |
| v. | |
| HIRERIGHT, LLC, | |
| *Defendant*. | |

**HIRERIGHT, LLC'S RULE 26(a)(3) PRETRIAL DISCLOSURES**

Pursuant to the Court's Second Amended Scheduling Order (ECF No. 43) and Fed. R. Civ. P. 26(a)(3), HireRight, LLC submits its Pretrial Disclosures.

**I.     Witnesses**

HireRight anticipates calling the following witnesses at trial:

| Witness Name | Address | Expected Testimony |
|---|---|---|
| **Meredith Knoche** (HireRight) | c/o HireRight's counsel<br>John G. Papianou<br>Andrew Notaristefano<br>Leah A. Tedford<br>Montgomery McCracken Walker Rhoads LLP<br>1735 Market Street<br>Philadelphia, PA 19103<br><br>Wm. Howell Morrison<br>Haynsworth Sinkler Boyd, P.A.<br>134 Meeting Street, 3rd Fl.<br>Charleston, SC 29401 | Liability, specifically, the content and application of HireRight's policies and procedures to assure the accuracy of its reports. |
| **Rebecca Kuehn** (expert witness) | c/o HireRight's counsel<br>John G. Papianou<br>Andrew Notaristefano<br>Leah A. Tedford<br>Montgomery McCracken Walker Rhoads LLP | Ms. Kuehn will testify as an expert on the policies, procedures, and practices of consumer reporting agencies to assure compliance with the Fair Credit Reporting Act and will provide expert opinions |

1

|  | 1735 Market Street<br>Philadelphia, PA 19103<br><br>Wm. Howell Morrison<br>Haynsworth Sinkler Boyd, P.A.<br>134 Meeting Street, 3rd Fl.<br>Charleston, SC 29401 | on HireRight's policies and procedures in accordance with industry standards and practice. |
|---|---|---|
| **John Fairchild**<br>*Via videorecorded deposition*<br><br>(Big G Express, Inc.) | Big G Express, Inc.<br>190 Hawkins Dr.<br>Shelbyville, TN 37162 | Liability and damages, specifically Plaintiff's application for employment at issue; if, why, and when adverse action was taken against Plaintiff; and the content and application of Big G Express, Inc.'s procedures for determining an applicant's eligibility for employment. |

HireRight anticipates calling the following witnesses at trial if the need arises:

| Witness Name | Address | Expected Testimony |
|---|---|---|
| **Keith Eugene Waters**<br><br>(Plaintiff) | c/o Devin H. Fok<br>DHF LAW, P.C.<br>2304 Huntington Dr., Ste 210<br>San Marino, CA 91108<br><br>Rodney F. Pillsbury<br>PILLSBURY LAW FIRM LLC<br>330 East Coffee St., Suite 4005<br>Greenville, SC 29601 | Liability and damages, specifically, the Plaintiff's alleged damages and his mitigation of same, the facts surrounding his consumer reports, and his employment with Big G Express, Inc., Magnum LTD, and Ceva Logistics US, Inc. |
| **Chelsea Thompkins**<br><br>(employee of Marion County Clerk of Courts) | c/o Jake Kennedy<br>Kennedy Law Office, LLC<br>PO Box 925<br>Marion, SC 29571 | Liability, including facts about the existence and status of criminal records belonging to Plaintiff before and after HireRight created Plaintiff's report and Marion County Circuit Court's policies and procedures concerning court record data entry, pardon receipt procedures and processes, updates to the court's public access systems for court records, and any other related docket or record keeping. |

| Witness Name | Address | Expected Testimony |
|---|---|---|
| **Brandy Lewis**<br><br>(former employee of Marion County Clerk of Courts) | c/o Jake Kennedy<br>Kennedy Law Office, LLC<br>PO Box 925<br>Marion, SC 29571 | Liability, including facts about the existence and status of criminal records belonging to Plaintiff before and after HireRight created Plaintiff's report and Marion County Circuit Court's policies and procedures concerning court record data entry, pardon receipt procedures and processes, updates to the court's public access systems for court records, and any other related docket or record keeping. |
| **Trista Wannamaker**<br><br>(South Carolina Department of Probation, Parole & Pardon Services) | c/o Anita Dantzler<br>Public Information Director<br>South Carolina Department of Probation, Parole & Pardon Services<br>293 Greystone Blvd.<br>Columbia, SC 29210 | Liability, including facts about the existence and status of criminal records belonging to Plaintiff before and after HireRight created Plaintiff's report and SCDPPPS's policies and procedures concerning granting pardons and transmitting pardon information to other sources, including courts and Marion County Circuit Court. |

**II.     Designation of Testimony to Be Offered at Trial**

HireRight intends to introduce the following portions of John Fairchild's deposition testimony via videorecording if the need arises:

6:1-27:21
29:22-47:1
47:21-60:1
60:16-78:12
79:13-85:5
86:14-90:15

### III.  Documents or Exhibits

HireRight anticipates offering the following documents or exhibits at trial:

| Document | Bates Number | Summary of Evidence |
| --- | --- | --- |
| HireRight Criminal Background Report of Plaintiff to Big G Express, Inc. | HIRERIGHT_00024-28 | HireRight Criminal Background Report produced to Big G Express, Inc. |
| Audit Notes for HireRight Criminal Background Report of Plaintiff to Big G Express, Inc. | HIRERIGHT_00796-800 | Creation notes documenting steps taken to create Plaintiff's criminal background report produced to Big G Express, Inc. |
| HireRight Criminal Background Report of Plaintiff to Ceva Logistics | HIRERIGHT_00090-95 | HireRight Criminal Background Report produced to Ceva Logistics |
| Audit Notes for HireRight Criminal Background Report of Plaintiff to Ceva Logistics | HIRERIGHT_00803-806 | Creation notes documenting steps taken to create Plaintiff's criminal background report produced to Ceva Logistics |
| HireRight Criminal Background Report of Plaintiff to Mangum LTD | HIRERIGHT_00825-828 | HireRight Criminal Background Report Produced to Magnum LTD in December 2021 |
| HireRight MMI Post Hire Package to Magnum LTD | HIRERIGHT_00423-429 | HireRight updated criminal background report produced to Magnum LTD in August 2022 |
| Audit Notes for HireRight Report of Plaintiff to Mangum LTD | HIRERIGHT_00785-792 | Creation notes documenting steps taken to create Plaintiff's criminal background report produced to Magnum LTD |
| HireRight Letter to Plaintiff regarding results of reinvestigation, 8/11/22 | HIRERIGHT_00862-863 | Correspondence regarding HireRight's reinvestigation of pardoned record in criminal background report produced to Magnum LTD |
| Summary of Rights under the FCRA | HIRERIGHT_00718-721 | Summary of Plaintiff's rights under the FCRA upon receipt of HireRight reports, including notice to dispute incomplete or inaccurate information with link to dispute procedures |

| Document | Bates Number | Summary of Evidence |
|---|---|---|
| Keith Eugene Waters Certificate of Pardon Stamped Copy from Marion County Clerk of Court's Office and cover letter | HIRERIGHT_1091-1092 | Keith Waters' certificate of pardon on file at Marion County Clerk of Court with accompanying cover letter from SCDPPPS |
| HireRight South Carolina Statewide Search Manual | HIRERIGHT_00722-742 | HireRight's manual for conducting statewide public record searches in South Carolina |
| HireRight South Carolina Counties Criminal Manual | HIRERIGHT_00743-768 | HireRight's manual for conducting county public record searches in South Carolina |
| Dexter Results | HIRERIGHT_00794-800 | HireRight's automated tool results as first step in preparation of Plaintiff's criminal background report produced to Magnum LTD |
| Dexter Results | HIRERIGHT_00801-802 | HireRight's automated tool results as first step in preparation of Plaintiff's criminal background report produced to Ceva Logistics |
| Dexter Results | HIRERIRGHT_00807-808 | HireRight's automated tool results as first step in preparation of Plaintiff's criminal background report produced to Big G Express, Inc. |
| HireRight Public Records Fulfillment Training | HIRERIGHT_00868-00984 | HireRight's training PowerPoint presentation for public records researchers |
| Accuracy rates of researchers who prepared the three reports | HIRERIGHT_00985 | HireRight's accuracy statistics for the researchers who prepared the three reports at issue from September 2021 through November 2021 |
| HireRight Operations Training | HIRERIGHT_00986-01085 | HireRight's training PowerPoint presentation on criminal guidelines for public records researchers |

| Document | Bates Number | Summary of Evidence |
|---|---|---|
| HireRight Accuracy Rates | HIRERIGHT_001093-1094 | HireRight's accuracy statistics per month from January 2021 through April 2024 |
| HireRight Accuracy Rates South Carolina | HIRERIGHT_1095 | HireRight's South Carolina Criminal and Offense History Search accuracy statistics for June 2021 to June 2022 |
| HireRight Work Instruction to Maintain the Public records Quality Scorecard | HIRERIGHT_01102-01106 | HireRight's work instructions for reviewing and compiling accuracy rates |
| Printouts from the South Carolina Public Index | N/A | Screenshot of the South Carolina Public Index for Plaintiff reflecting what appeared when HireRight ran its searches |
| Certified Court File of Keith Eugene Waters | N/A | Certified court file of Keith Eugene Waters reflecting all documents in Plaintiff's Marion County Circuit Court case file as of August 16, 2024. |
| Expert Report of Rebecca Kuehn | N/A | Expert report providing opinions and analysis of HireRight's procedures and policies |
| J. Fairchild Deposition Subpoena | Ex. 1 to J. Fairchild Deposition | Subpoena to testify with topics and copy of complaint sent to J. Fairchild in preparation for his deposition |
| Big G Express, Inc. File | WATERS - Big G Express Subpoena Response_00001-00046 (also Ex. 2 to J. Fairchild Deposition) | Big G's file of Plaintiff's application |
| Big G Driver Eligibility Requirements 2022.02.26 | Ex. 4 to J. Fairchild Deposition | Big G's driver eligibility requirements effective February 26, 2022 |
| Big G Express, Inc. Recruitment Flyer | Pltf_43-44 – Ex. 5 to J. Fairchild Deposition | Recruitment flyer sent to Plaintiff |

HireRight anticipates offering the following documents or exhibits at trial if the need arises:

| Document | Bates Number | Summary of Evidence |
| --- | --- | --- |
| Plaintiff's Full File Disclosures | HIRERIGHT_00001-00721 | All reports run by HireRight of Plaintiff |
| HireRight DAC Report to Big G Express, Inc. | HIRERIGHT_00029-35 | HireRight Driver Abstract/Drive-A-Check Report produced to Big G Express, Inc. for Plaintiff's transportation employment history |
| HireRight MVR Report to Big G Express, Inc. | HIRERIGHT_00036-41 | HireRight motor vehicle report produced to Big G Express, Inc. |
| HireRight DAC Report to Ceva Logistics | HIRERIGHT_00075-81 | HireRight Driver Abstract/Drive-A-Check Report produced to Ceva Logistics for Plaintiff's transportation employment history |
| HireRight CDLIS+ Report to Ceva Logistics | HIRERIGHT_00082-89 | HireRight Report of information pulled from the Commercial Driver's License Information System database to Ceva Logistics |
| HireRight MVR Report to Magnum LTD | HIRERIGHT_00409-414 | HireRight motor vehicle report produced to Magnum LTD. |
| HireRight DAC Report to Magnum LTD | HIRERIGHT_00415-422 | HireRight Driver Abstract/Drive-A-Check Report produced to Magnum LTD for Plaintiff's transportation employment history |

| Document | Bates Number | Summary of Evidence |
|---|---|---|
| HireRight DAC Report to Magnum LTD May 2020 | HIRERIGHT_00400-408 | HireRight Driver Abstract/Drive-A-Check Report produced to Magnum LTD for Plaintiff's transportation employment history |
| HireRight's documents reflecting reinvestigation of pardoned record in Plaintiff's Magnum LTD criminal background report | HIRERIGHT_00769-793 | Contents of HireRight's file related to reinvestigation of pardoned record in criminal background report produced to Magnum LTD |
| Portion of HireRight Report Plaintiff sent HireRight with legal demand | HIRERIRGHT_00809-810 | Materials provided by Plaintiff in conjunction with his August 2022 demand concerning pardoned record in his criminal background report produced to Magnum LTD |
| Copies of Reports at Issue | HIRERIGHT_000811-861 | HireRight's reports of Plaintiff produced to Big G Express, Inc., Magnum LTD, and Ceva Logistics |
| Candidate Information Sheet | HIRERIGHT_000864-866 | Plaintiff's personal identifying information for performing searches |
| HireRight Docket Review Checklist | HIRERIGHT_00867 | HireRight's checklist for researchers for when they research and include public record information on consumer reports |
| Declaration of Trista Wannamaker | HIRERIGHT_01086 | SCDPPPS records manager documenting pardon statistics |
| Declaration of Trista Wannamaker, 5/13/24 | Pltf_0145 | SCDPPPS records manager explaining history of SCDPPPS website and searching it |

| Document | Bates Number | Summary of Evidence |
|---|---|---|
| Declaration of Chelsea Thompkins | HIRERIGHT_01087-1092 | Marion County Court Clerk explaining receipt of Plaintiff's pardon certificate and procedure |
| Declaration of Brandy Lewis | HIRERIGHT_1096-1101 | Former Marion County Court Clerk explaining receipt of Plaintiff's pardon certificate and procedure |
| Douglas E. Barnes Transport, Inc. File | WATERS – Douglas E. Barnes Transport Subpoena Response_0001-00089 | Company file of Plaintiff's record of employment |
| F2F Transport File | WATERS – F2F Transport Subpoena Response_00001-00124 | Company file of Plaintiff's record of employment |
| Global Distribution Inc. File | WATERS – Global Distribution Inc. Subpoena Response_00001-00020 | Company file of Plaintiff's record of employment |
| Hite Construction File | WATERS – Hite Construction Subpoena Response_00001-00013 | Company file of Plaintiff's record of employment |
| Magnum LTD File | MAG001-192 | Magnum's File of Plaintiff's application |
| Shifting Gears File | WATERS -Shifting Gears Subpoena Response_00001-00076 | Company file of Plaintiff's record of employment |
| Southern Delivery Inc. File | WATERS – Southern Delivery Inc. Subpoena Response_00001-00073 | Company file of Plaintiff's record of employment |
| Best Logistics File | WATERS – Best Logistics Subpoena Response_00001_00264 | Company file of Plaintiff's record of employment |
| CEVA Logistics File | WATERS – CEVA Subpoena Response_00001-00076 | CEVA Logistics' file of Plaintiff's application |
| DS Smith File | WATERS -DS Smith Subpoena Response_000001-00134 | Company file of Plaintiff's record of employment |
| Plaintiff's Production of Documents | Pltf_0001-0145 | Plaintiff's investigation. |
| Plaintiff's Responses to HireRight's Interrogatories, Requests for Production, and Requests for Admission, 8/1/24 | N/A | |

| Document | Bates Number | Summary of Evidence |
|---|---|---|
| Plaintiff's Supplemental Responses to HireRight's Interrogatories, Requests for Production, and Requests for Admission, 1/14/25 | N/A | |
| HireRight's Supplemental Responses to Plaintiff's Interrogatories, 5/19/25 | N/A | |
| HireRight's Responses to Plaintiff's Third Set of Interrogatories, 5/9/25 | N/A | |
| HireRight's Responses to Plaintiff's Second Set of Interrogatories, 5/9/25 | N/A | |
| HireRight's Objections and Responses to Plaintiff's Amended 30(b)(6) Deposition Notice | N/A | |
| South Carolina Office of the Clerk of Court Manual | Publicly Available at https://www.sccourts.org/clerkmanual | Policies for the South Carolina Offices of the Clerk of Courts |

DATED July 25, 2025              Respectfully Submitted,

　　　　　　　　　　　　　　　　　　*/s/ Wm. Howell Morrison*　　　　　　　
　　　　　　　　　　　　　　　　　　Wm. Howell Morrison (Fed ID #8406)
　　　　　　　　　　　　　　　　　　HAYNSWORTH SINKLER BOYD
　　　　　　　　　　　　　　　　　　134 Meeting Street, 3rd Floor
　　　　　　　　　　　　　　　　　　Charleston, SC 29401
　　　　　　　　　　　　　　　　　　Telephone:    (843) 720-4405
　　　　　　　　　　　　　　　　　　hmorrison@hsblawfirm.com

　　　　　　　　　　　　　　　　　　Leah A. Tedford (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Andrew Notaristefano (*pro hac vice*)
　　　　　　　　　　　　　　　　　　Layal Issa Ramirez (*pro hac vice*)
　　　　　　　　　　　　　　　　　　MONTGOMERY MCCRACKEN
　　　　　　　　　　　　　　　　　　WALKER & RHOADS LLP

1735 Market Street
Philadelphia, PA 19103
Telephone:	(215) 772-7401
Facsimile:	(215) 772-7620
jpapianou@mmwr.com
anotaristefano@mmwr.com
ltedford@mmwr.com

*Counsel for Defendant HireRight, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on July 25, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM-ECF system, which will send notification of such filing to all attorneys of record.

                                               */s/ Wm. Howell Morrison*
                                               Wm. Howell Morrison