AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

Keith Eugene Waters,  )
    Plaintiff(s),  )  No. 4:23-cv-06668-SAL
)
vs  )
)
Hireright LLC; Does 1-10, *inclusive*,  )
)
    Defendant(s).  )

## SUMMARY JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)*_____ recover from the defendant *(name)*_____ the amount of _____ dollars ($_____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the date of _____%, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)*_____.

✔ other: Summary Judgment is entered for Defendant's, Hireright LLC; Does 1-10, *inclusive*, and this case is dismissed.

This action was *(check one)*:
❐ tried by a jury with Judge_____presiding, and the jury has rendered a verdict.

❐ tried by Judge_____without a jury and the above decision was reached.

✔ decided by the Honorable Sherri A Lydon, United States District Judge, who grants Defendant's Motion for Summary Judgment.

                                                  Robin L. Blume
                                               CLERK OF COURT

                                     By: s/Leah Gibbons, Deputy Clerk

September 17, 2025