# EXHIBIT A

**Bill of Costs Itemization**

| | |
|---|---|
| $350.00 | Leah Tedford Pro Hac Vice Fee |
| $350.00 | Andrew Notaristefano Pro Hac Vice Fee |
| $350.00 | Layal Issa Ramirez Pro Hac Vice Fee |
| $25.00 | Layal Issa Ramirez Certificate of Good Standing |
| **$1,075.00** | **TOTAL PRO HAC VICE COSTS** |

| | |
|---|---|
| $2,363.45 | Keith Eugene Waters Deposition Transcript |
| $1,145.00 | Keith Eugene Waters Video Deposition |
| $1,630.95 | John Fairchild Deposition Transcript |
| $695.00 | John Fairchild Video Deposition |
| $1,378.00 | Meredith Knoche Deposition Transcript |
| $1,066.20 | Rebecca Kuehn Deposition Transcript |
| **$8,278.60** | **TOTAL TRANSCRIPT COSTS** |

| | |
|---|---|
| $630.00 | Mo Trucking, Global Distribution |
| $616.25 | Big G, Global Distribution |
| $570.00 | Shifting Gears, Hite Trucking |
| $285.00 | Chelsea Thompson (1 of 2) |
| $285.00 | Chelsea Thompson (2 of 2) |
| $345.00 | Shawn Hysten-Williams |
| $2,133.75 | Best Logistics, etc. |
| $686.25 | Brandy Lewis |
| **$5,551.25** | **TOTAL SUBPOENA COSTS** |