# EXHIBIT B

## Transcript Invoices for Bill of Costs

# INVOICE

Invoice ID: 0500-2038-5992

| | |
|---|---|
| **Vendor** | Magna Legal Services, LLC |
| **Requester** | John G. Papianou [ | 00191 | ATY453] |
| **Created By** | Carol D. Marcovecchio [ | 07622 | SEC130] |
| **Create Date** | 05/07/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Magna Legal Services, LLC [21331] |
| **Address** | Magna Legal Services, LLC [21331.1] |
| | P.O. Box 822804 |
| | Philadephia,PA 19182-2804 |
| **Invoice Number** | 1564947 |
| **Invoice Date** | 05/07/2025 |
| **Invoice Amount** | 2,363.45 USD |
| **Description** | deposition of Keith Eugene Waters on 4/14/2025 |
| **Check Memo** | deposition of Keith Eugene Waters on 4/14/2025 |

## Prior Approvers

| | |
|---|---|
| **05/09/2025** | John G. Papianou[ | 00191 | ATY453 ] |
| **05/09/2025** | Jose Vidal[ | 07946 | FIN102 ] |
| **05/09/2025** | Christian Walsh[ | 08138 | FIN106 ] |

## Special Handling

| | |
|---|---|
| **Hold Payment** | Yes |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 2,363.45 |
| **Amount To Be Expensed** | 2,363.45 |
| **65782.00135-0085** | General Information Solutions LLC - Transcript - Deposition - 0085 |
| **Line** | 0001 |
| **Description** | deposition of Keith Eugene Waters on 4/14/2025 |
| **Override Tkpr** | John G. Papianou [ | 00191 | ATY453] |



Invoice ID: 0500-2038-5992

| Allocation Summary | | Amount (USD) |
|---|---|---|
| **65782.00135-0085** | General Information Solutions LLC<br>Waters, Keith v. HireRight | 2,363.45 |
| | -Transcript - Deposition - 0085 | |

| Expense Summary | Amount (USD) |
|---|---|
| **Billable** | 2,363.45 |

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1564947 | 5/7/2025 | 1305083 |
| **Job Date** | **Case No.** ||
| 4/14/2025 | 4:23-CV-06668-SAL ||
| **Case Name** |||
| Keith Eugene Waters v. Hireright, LLC |||
| **Payment Terms** |||
| Due upon receipt |||

Andrew Notaristefano, Esq.
Montgomery, McCracken, Walker & Rhoads
1735 Market Street, Floor 21
Philadelphia, PA 19103

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Keith Eugene Waters | 290.00 Pages | @ | 4.950 | 1,435.50 |
| Attendance Fee 1st Hour | 1.00 | @ | 110.000 | 110.00 |
| Attendance Additional Hours | 6.00 Hours | @ | 75.000 | 450.00 |
| Exhibits - Scanned | 178.00 | @ | 0.250 | 44.50 |
| Exhibit Handling | 1.00 | @ | 5.950 | 5.95 |
| Video Pages | 1.00 Pages | @ | 0.750 | 217.50 |
| VC/Zoom pages (complimentary) | 1.00 Pages | @ | 0.000 | 0.00 |
| GoGreenScripts Lit Package | 1.00 | @ | 45.000 | 45.00 |
| MLV Connect | 1.00 Access | @ | 55.000 | 55.00 |
| **TOTAL DUE >>>** | | | | **$2,363.45** |

Client Matter No. : 65782.00135
Location of Job   : VIRTUAL, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Andrew Notaristefano, Esq.
Montgomery, McCracken, Walker & Rhoads
1735 Market Street, Floor 21
Philadelphia, PA 19103

Job No.    : 1305083      BU ID    : PHILA
Case No.   : 4:23-CV-06668-SAL
Case Name  : Keith Eugene Waters v. Hireright, LLC

Invoice No. : 1564947     Invoice Date : 5/7/2025
Total Due   : $2,363.45

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: ||
| Card Number: ||
| Exp. Date:          Phone#: ||
| Billing Address: ||
| Zip:          Card Security Code: ||
| Amount to Charge: ||
| Cardholder's Signature: ||
| Email: ||

# INVOICE

Invoice ID: 0500-2037-1393

| | |
|---|---|
| Vendor | Magna Legal Services, LLC |
| Requester | John G. Papianou [ | 00191 | ATY453] |
| Created By | Carol D. Marcovecchio [ | 07622 | SEC130] |
| Create Date | 05/06/2025 |

## Invoice Information

| | |
|---|---|
| Vendor | Magna Legal Services, LLC [21331] |
| Address | Magna Legal Services, LLC [21331.1]<br>P.O. Box 822804<br>Philadephia,PA 19182-2804 |
| Invoice Number | 1551994 |
| Invoice Date | 04/25/2025 |
| Invoice Amount | 1,145.00 USD |
| Description | video deposition of Keith Eugene Waters on 4/14/2025 |
| Check Memo | video deposition of Keith Eugene Waters on 4/14/2025 |

## Prior Approvers

| | |
|---|---|
| 05/09/2025 | John G. Papianou[ | 00191 | ATY453 ] |
| 05/09/2025 | Jose Vidal[ | 07946 | FIN102 ] |
| 05/12/2025 | Christian Walsh[ | 08138 | FIN106 ] |

## Special Handling

| | |
|---|---|
| Hold Payment | Yes |

## Allocation Details

| | Amount [USD] |
|---|---|
| Billable | 1,145.00 |
| Amount To Be Expensed | 1,145.00 |
| 65782.00135-0085 | General Information Solutions LLC - Transcript - Deposition - 0085 |
| Line | 0001 |
| Description | video deposition of Keith Eugene Waters on 4/14/2025 |
| Override Tkpr | John G. Papianou [ | 00191 | ATY453] |



Invoice ID: 0500-2037-1393

| Allocation Summary | | Amount (USD) |
|---|---|---|
| **65782.00135-0085** | General Information Solutions LLC<br>Waters, Keith v. HireRight | 1,145.00 |
| | -Transcript - Deposition - 0085 | |

| Expense Summary | Amount (USD) |
|---|---|
| **Billable** | 1,145.00 |

Invoice ID: 0500-2037-1393

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866-624-6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1551994 | 4/25/2025 | 1305083 |
| **Job Date** | **Case No.** | |
| 4/14/2025 | 4:23-CV-06668-SAL | |
| **Case Name** | | |
| Keith Eugene Waters v. Hireright, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Andrew Notaristefano, Esq.
Montgomery, McCracken, Walker & Rhoads
1735 Market Street, Floor 21
Philadelphia, PA 19103

Keith Eugene Waters (Video)

| | | | | |
|---|---|---|---|---|
| Video Services Per Hour | 7.50 Hours | @ | 150.000 | 1,125.00 |
| Master - Archived | 1.00 | @ | 20.000 | 20.00 |
| Download Link Sent | 1.00 | @ | 0.000 | 0.00 |
| TOTAL DUE >>> | | | | $1,145.00 |

Client Matter No. : 65782.00135
Location of Job   : VIRTUAL, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $1,145.00 |

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Andrew Notaristefano, Esq.
Montgomery, McCracken, Walker & Rhoads
1735 Market Street, Floor 21
Philadelphia, PA 19103

Job No.    : 1305083    BU ID    : PHILA
Case No.   : 4:23-CV-06668-SAL
Case Name  : Keith Eugene Waters v. Hireright, LLC

Invoice No. : 1551994    Invoice Date : 4/25/2025
Total Due   : $1,145.00

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Invoice ID: 0500-2037-1375

| | |
|---|---|
| **Vendor** | Magna Legal Services, LLC |
| **Requester** | John G. Papianou [ | 00191 | ATY453] |
| **Created By** | Carol D. Marcovecchio [ | 07622 | SEC130] |
| **Create Date** | 05/06/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Magna Legal Services, LLC [21331] |
| **Address** | Magna Legal Services, LLC [21331.1]<br>P.O. Box 822804<br>Philadephia,PA 19182-2804 |
| **Invoice Number** | 1552070 |
| **Invoice Date** | 04/21/2025 |
| **Invoice Amount** | 1,630.95 USD |
| **Description** | deposition of John FairChild on 4/16/2025 |
| **Check Memo** | deposition of John FairChild on 4/16/2025 |

## Prior Approvers

| | |
|---|---|
| **05/09/2025** | John G. Papianou[ | 00191 | ATY453 ] |
| **05/09/2025** | Jose Vidal[ | 07946 | FIN102 ] |
| **05/12/2025** | Christian Walsh[ | 08138 | FIN106 ] |

## Special Handling

| | |
|---|---|
| **Hold Payment** | Yes |

## Allocation Details                                          Amount [USD]

| | |
|---|---|
| **Billable** | 1,630.95 |
| **Amount To Be Expensed** | 1,630.95 |
| **65782.00135-0085** | General Information Solutions LLC - Transcript - Deposition - 0085 |
| **Line** | 0001 |
| **Description** | deposition of John FairChild on 4/16/2025 |
| **Override Tkpr** | John G. Papianou [ | 00191 | ATY453] |



Invoice ID: 0500-2037-1375

## Allocation Summary

| | | Amount (USD) |
|---|---|---:|
| **65782.00135-0085** | General Information Solutions LLC<br>Waters, Keith v. HireRight | 1,630.95 |
| | -Transcript - Deposition - 0085 | |

## Expense Summary

| | Amount (USD) |
|---:|---:|
| **Billable** | 1,630.95 |

Invoice ID: 0500-2037-1375

# INVOICE

1 of 2

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866.624.6221  F: 215-207-2322

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1552070 | 4/21/2025 | 1309040 |
| Job Date | Case No. | |
| 4/16/2025 | 4:23-CV-06668-SAL | |
| Case Name | | |
| Keith Eugene Waters v. Hireright, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Andrew Notaristefano, Esq.
Montgomery, McCracken, Walker & Rhoads
1735 Market Street, Floor 21
Philadelphia, PA 19103

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| John Fairchild | | | | | |
|---|---|---|---|---|---|
| | 179.00 | Pages | @ | 5.250 | 939.75 |
| Hourly Attendance | 4.00 | Hours | @ | 75.000 | 300.00 |
| Video Pages | 1.00 | Pages | @ | 0.750 | 134.25 |
| Expert/Tech | 1.00 | Pages | @ | 0.750 | 134.25 |
| Exhibit Handling | 1.00 | | @ | 5.950 | 5.95 |
| Exhibits - Scanned | 67.00 | | @ | 0.250 | 16.75 |
| MLV Connect | 1.00 | Access | @ | 55.000 | 55.00 |
| GoGreenScripts Lit Package | 1.00 | | @ | 45.000 | 45.00 |

**TOTAL DUE >>>   $1,630.95**

Client Matter No. : 65782.00135
Location of Job   : VIRTUAL, TN

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

(-) Payments/Credits:　　0.00

**Tax ID:** 83-2616308

*Please detach bottom portion and return with payment.*

Andrew Notaristefano, Esq.
Montgomery, McCracken, Walker & Rhoads
1735 Market Street, Floor 21
Philadelphia, PA 19103

Job No.　　: 1309040　　BU ID　　: New Jersey
Case No.　 : 4:23-CV-06668-SAL
Case Name  : Keith Eugene Waters v. Hireright, LLC

Invoice No. : 1552070　　Invoice Date : 4/21/2025
Total Due   : $1,630.95

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:　　　Phone#:
Billing Address:
Zip:　　Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Invoice ID: 0500-2037-1389

| | |
|---|---|
| **Vendor** | Magna Legal Services, LLC |
| **Requester** | John G. Papianou [ | 00191 | ATY453] |
| **Created By** | Carol D. Marcovecchio [ | 07622 | SEC130] |
| **Create Date** | 05/06/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Magna Legal Services, LLC [21331] |
| **Address** | Magna Legal Services, LLC [21331.1]<br>P.O. Box 822804<br>Philadephia,PA 19182-2804 |
| **Invoice Number** | 1552557 |
| **Invoice Date** | 04/23/2025 |
| **Invoice Amount** | 695.00 USD |
| **Description** | video deposition of John Fairchild on 4/16/2025 |
| **Check Memo** | video deposition of John Fairchild on 4/16/2025 |

## Prior Approvers

| | |
|---|---|
| 05/09/2025 | John G. Papianou[  | 00191 | ATY453 ] |
| 05/09/2025 | Christian Walsh[  | 08138 | FIN106 ] |

## Special Handling

| | |
|---|---|
| **Hold Payment** | Yes |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 695.00 |
| **Amount To Be Expensed** | 695.00 |
| **65782.00135-0085** | General Information Solutions LLC - Transcript - Deposition - 0085 |
| **Line** | 0001 |
| **Description** | video deposition of John Fairchild on 4/16/2025 |
| **Override Tkpr** | John G. Papianou [ | 00191 | ATY453] |



Invoice ID: 0500-2037-1389

| Allocation Summary | | Amount (USD) |
|---|---|---|
| **65782.00135-0085** | General Information Solutions LLC<br>Waters, Keith v. HireRight | 695.00 |
| | -Transcript - Deposition - 0085 | |

| Expense Summary | Amount (USD) |
|---|---|
| **Billable** | 695.00 |

# INVOICE

1 of 1

Magna Legal Services
Seven Penn Center
1635 Market Street -8th Floor
Philadelphia, PA 19103
T: 866.624.6221  F: 215-207-2322

Andrew Notaristefano, Esq.
Montgomery, McCracken, Walker & Rhoads
1735 Market Street, Floor 21
Philadelphia, PA 19103

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 1552557 | 4/23/2025 | 1309040 |
| **Job Date** | **Case No.** | |
| 4/16/2025 | 4:23-CV-06668-SAL | |
| **Case Name** | | |
| Keith Eugene Waters v. Hireright, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

John Fairchild, Representative of Big G Express, Inc. (Video)

| | | | | |
|---|---|---|---|---|
| Video Services Per Hour | 4.50 | Hours | @ 150.000 | 675.00 |
| Master - Archived | 1.00 | | @ 20.000 | 20.00 |
| | **TOTAL DUE  >>>** | | | **$695.00** |

Client Matter No. : 65782.00135
Location of Job   : VIRTUAL, TN

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $695.00 |

Tax ID: 83-2616308

*Please detach bottom portion and return with payment.*

Andrew Notaristefano, Esq.
Montgomery, McCracken, Walker & Rhoads
1735 Market Street, Floor 21
Philadelphia, PA 19103

Job No.    : 1309040         BU ID    : New Jersey
Case No.   : 4:23-CV-06668-SAL
Case Name  : Keith Eugene Waters v. Hireright, LLC

Invoice No. : 1552557        Invoice Date : 4/23/2025
Total Due   : $695.00

Remit To:  **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA 19182-2804**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:
Email:

# INVOICE

Invoice ID: 0500-2054-3081

| | |
|---|---|
| **Vendor** | HinesReporters.Com, Inc. |
| **Requester** | John G. Papianou [ | 00191 | ATY453] |
| **Created By** | Carol D. Marcovecchio [ | 07622 | SEC130] |
| **Create Date** | 05/23/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | HinesReporters.Com, Inc. [28598] |
| **Address** | HinesReporters.Com, Inc. [28598.01]<br>888 S. Figueroa St., #940<br>Los Angeles, CA 90017<br>US |
| **Invoice Number** | 29973 |
| **Invoice Date** | 05/23/2025 |
| **Invoice Amount** | 1,378.00 USD |
| **Description** | deposition of Meredith Knoche, PMK on 4/22/2025 |
| **Check Memo** | deposition of Meredith Knoche, PMK on 4/22/2025 |

## Prior Approvers

| | |
|---|---|
| 05/27/2025 | John G. Papianou[ | 00191 | ATY453 ] |
| 05/27/2025 | Jose Vidal[ | 07946 | FIN102 ] |
| 05/27/2025 | Christian Walsh[ | 08138 | FIN106 ] |

## Special Handling

| | |
|---|---|
| **Hold Payment** | Yes |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 1,378.00 |
| **Amount To Be Expensed** | 1,378.00 |
| **65782.00135-0085** | General Information Solutions LLC - Transcript - Deposition - 0085 |
| **Line** | 0001 |
| **Description** | deposition of Meredith Knoche, PMK on 4/22/2025 |



Invoice ID: 0500-2054-3081

**Override Tkpr**  John G. Papianou [ | 00191 | ATY453]

## Allocation Summary

| | | Amount (USD) |
|---|---|---:|
| **65782.00135-0085** | General Information Solutions LLC<br>Waters, Keith v. HireRight | 1,378.00 |
| | -Transcript - Deposition - 0085 | |

## Expense Summary

| | Amount (USD) |
|---:|---:|
| Billable | 1,378.00 |

Invoice ID: 0500-2054-3081

# INVOICE

HINES REPORTERS
888 S. FIGUEROA ST.
SUITE 940
LOS ANGELES, CA 90017
Phone:213.688.7887  Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 297973 | 5/23/2025 | 121301 |
| Job Date | Case No. | |
| 4/22/2025 | 4:23-CV-06668-RBH | |
| Case Name | | |
| Keith Eugene Waters vs. Hireright, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Leah A. Tedford, Esq.
Montgomery McCracken Walker & Rhoads, LLP
1735 Market St.
20th Floor
Philadelphia, PA  19103

One Electronic Transcript of the Deposition of:
   PMK, Meredith Knoche

                                                                    1,378.00
                                        **TOTAL DUE >>>**         **$1,378.00**
                                        AFTER 6/22/2025  PAY       $1,515.80

We accept all major credit cards. A finance charge of 1.5%/mo will apply after
30 days. Customer agrees to pay all costs of collection including attorney fees.

You can pay your invoice on the link below:
http://www.hinesreporters.com/contact-hines/pay-a-bill/

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

Leah A. Tedford, Esq.
Montgomery McCracken Walker & Rhoads, LLP
1735 Market St.
20th Floor
Philadelphia, PA  19103

Invoice No.     :  297973
Invoice Date    :  5/23/2025
**Total Due**   :  **$1,378.00**
AFTER 6/22/2025 PAY  $1,515.80

Remit To:  **HINES REPORTERS**
           **888 S. FIGUEROA ST.**
           **SUITE 940**
           **LOS ANGELES, CA 90017**

Job No.     :  121301
BU ID       :  INC
Case No.    :  4:23-CV-06668-RBH
Case Name   :  Keith Eugene Waters vs. Hireright, LLC

# INVOICE

HINES REPORTERS  
888 S. FIGUEROA ST.  
SUITE 940  
LOS ANGELES, CA 90017  
Phone: 213.688.7887  Fax:

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 297894 | 5/7/2025 | 121198 |
| **Job Date** | **Case No.** | |
| 4/15/2025 | 4:23-CV-06668-RBH | |
| **Case Name** | | |
| Keith Eugene Waters vs. Hireright, LLC | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leah A. Tedford, Esq.  
Montgomery McCracken Walker & Rhoads, LLP  
1735 Market St.  
20th Floor  
Philadelphia, PA  19103

One Electronic Transcript of the Deposition of:  
   Rebecca Kuehn, Esq.                                                                                                     1,066.20

                                                  TOTAL DUE  >>>               $1,066.20  
                                                  AFTER 6/6/2025  PAY                 $1,172.82

We accept all major credit cards. A finance charge of 1.5%/mo will apply after  
30 days. Customer agrees to pay all costs of collection including attorney fees.

You can pay your invoice on the link below:  
http://www.hinesreporters.com/contact-hines/pay-a-bill/

**Tax ID:** 95-4837031

*Please detach bottom portion and return with payment.*

---

Leah A. Tedford, Esq.  
Montgomery McCracken Walker & Rhoads, LLP  
1735 Market St.  
20th Floor  
Philadelphia, PA  19103

Invoice No.     :  297894  
Invoice Date    :  5/7/2025  
**Total Due**    :  **$1,066.20**  
AFTER 6/6/2025  PAY  $1,172.82

Remit To:  **HINES REPORTERS**  
          **888 S. FIGUEROA ST.**  
          **SUITE 940**  
          **LOS ANGELES, CA 90017**

Job No.     :  121198  
BU ID       :  INC  
Case No.    :  4:23-CV-06668-RBH  
Case Name   :  Keith Eugene Waters vs. Hireright, LLC