# EXHIBIT C

**Subpoena Invoices for Bill of Costs**

# INVOICE

Invoice ID: 0500-1929-4152

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC |
| **Requester** | Dennis Dolan [ \| 07298 \| ADM116] |
| **Created By** | Dennis Dolan [ \| 07298 \| ADM116] |
| **Create Date** | 01/13/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC [27265] |
| **Address** | It's Done Courier, LLC [27265.1]<br>2142 S. Broad Street<br>Lower Level<br>Philadelphia,PA 19145 |
| **Invoice Number** | 25947 |
| **Invoice Date** | 01/13/2025 |
| **Invoice Amount** | 630.00 USD |
| **Description** | Subpoena service to the following addresses on 1/9/25:<br><br>- MO Trucking LLC, Khadim Amar, 1278 Cook Road, Ridgeway SC 29130<br><br>- Global Distribution Group LLC, c/o Mark Lomas, 2718 Eton Street, Myrtle Beach SC 29579 |
| **INVBudget** | Yes, |

## Prior Approvers

| | |
|---|---|
| **01/13/2025** | Christian Walsh[  \| 08138 \| FIN106 ] |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 630.00 |
| **Amount To Be Expensed** | 630.00 |

| 65782.00135-0079 | General Information Solutions LLC - Service of Subpoena - 0079 |
|---|---|
| **Line** | 0001 |
| **Description** | Subpoena service to the following addresses on 1/9/25: |



Invoice ID: 0500-1929-4152

- MO Trucking LLC, Khadim Amar, 1278 Cook Road, Ridgeway SC 29130

- Global Distribution Group LLC, c/o Mark Lomas, 2718 Eton Street, Myrtle Beach SC 29579

**Override Tkpr** Dennis Dolan [ | 07298 | ADM116]

## Allocation Summary

|  |  | Amount (USD) |
|---|---|---|
| **65782.00135-0079** | General Information Solutions LLC Waters, Keith v. HireRight | 630.00 |
|  | -Service of Subpoena - 0079 |  |

## Expense Summary

|  | Amount (USD) |
|---|---|
| **Billable** | 630.00 |

Invoice ID: 0500-1929-4152

**it's DONE! Courier**
2142 S. Broad Street, Lower Level
Philadelphia, PA 19145
+12159253663
info@itsdonecourier.com

**Invoice  25947**



**BILL TO**
Montgomery McCracken Walker &
Rhoads LLP
1735 Market Street
19th Floor
Philadelphia, PA 19103

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 01/13/2025 | $630.00 | 02/13/2025 |

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/09/2025 | **Process Service HVA10**<br>Tracking #: IDC-276-200<br>Description: SERVE SUBPOENA<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103<br>To: Mo Trucking LLC c/o Khadim Amar, 1278 Cook Road, Ridgeway, SC, 29130<br>Requested by: Dennie Dolan<br>Delivery time: 1/13/2025 9:28 AM<br>Delivered To: Modou Amar (agent in charge)<br>Reference Number: HireRight/Waters 65782.00135 | 345.00 |
| 01/09/2025 | **Process Service HVA10**<br>Tracking #: IDC-408-496<br>Description: SERVE SUBPOENA<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103<br>To: Global Distribution Group LLC  c/o Mark Lomas , 2718 Eton Street, Myrtle Beach, SC, 29579<br>Requested by: Dennie Dolan<br>Delivery time: 1/10/2025 5:24 PM<br>Delivered To: non serve - see comments<br>Reference Number: HireRight/Waters 65782.00135 | 285.00 |

| TOTAL DUE | **$630.00** |
|-----------|-------------|

THANK YOU.

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

# INVOICE

Invoice ID: 0500-1941-2586

| Vendor | It's Done Courier, LLC |
|---|---|
| Requester | Dennis Dolan [ \| 07298 \| ADM116] |
| Created By | Dennis Dolan [ \| 07298 \| ADM116] |
| Create Date | 01/27/2025 |

## Invoice Information

| | |
|---|---|
| Vendor | It's Done Courier, LLC [27265] |
| Address | It's Done Courier, LLC [27265.1]<br>2142 S. Broad Street<br>Lower Level<br>Philadelphia,PA 19145 |
| Invoice Number | 26036 |
| Invoice Date | 01/27/2025 |
| Invoice Amount | 616.25 USD |
| INVBudget | Yes, |

## Prior Approvers

| 01/27/2025 | Christian Walsh[  \| 08138 \| FIN106 ] |
|---|---|

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 616.25 |
| **Amount To Be Expensed** | 616.25 |

| 65782.00135-0079 | General Information Solutions LLC - Service of Subpoena - 0079 |
|---|---|
| Line | 0001 |
| Description | Subpoena service to the following locations:<br><br>- 1/9/25 Big G Express, Inc, c/o Greg Thompson, 190 Hawkins Dr, Shelbyville TN 37162<br><br>- 1/17/25 Global Distribution, Inc, 1039 S 50th Street, Tampa Fl 33619 |
| Override Tkpr | Dennis Dolan [ \| 07298 \| ADM116] |



Invoice ID: 0500-1941-2586

## Allocation Summary                                    Amount (USD)

| 65782.00135-0079 | General Information Solutions LLC<br>Waters, Keith v. HireRight | 616.25 |
|---|---|---|
|  | -Service of Subpoena - 0079 |  |

## Expense Summary                               Amount (USD)

| **Billable** | 616.25 |
|---|---|

Invoice ID: 0500-1941-2586

**it's DONE! Courier**
2142 S. Broad Street, Lower Level
Philadelphia, PA 19145
+12159253663
info@itsdonecourier.com

**Invoice  26036**



| BILL TO | | | |
|---|---|---|---|
| Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>19th Floor<br>Philadelphia, PA  19103 | **DATE**<br>01/27/2025 | **PLEASE PAY**<br>$616.25 | **DUE DATE**<br>02/27/2025 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 01/09/2025 | **Process Service HVA10**<br>Tracking #: IDC-118-342<br>Description: SERVE SUBPOENA<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103<br>To: Big G Express, Inc. c/o Greg Thompson, 190 Hawkins Drive, Shelbyville, TN, 37162<br>Requested by: Dennis Dolan<br>Delivery time: 1/16/2025 10:00 AM<br>Delivered To: Greg Thompson<br>Reference Number: HireRight/Waters 65782.00135 | 285.00 |
| 01/17/2025 | **Process Service HVA10**<br>Tracking #: IDC-555-823<br>Description: RUSH - SERVE SUBPOENA<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103<br>To: Global Distribution, Inc., 1039 S. 50th Street, Tampa, FL, 33619<br>$66.25 - RUSH!<br>Requested by: Dennis Dolan<br>Delivery time: 1/20/2025 1:50 PM<br>Delivered To: KATIA VARGAS as SECRETARY FOR AVILIO RIVERA<br>Reference Number: HireRight/Waters 65782.00135 | 331.25 |

| | | |
|---|---|---|
| | **TOTAL DUE** | **$616.25** |
| | | THANK YOU. |

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

# INVOICE

Invoice ID: 0500-1929-5386

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC |
| **Requester** | Dennis Dolan [ | 07298 | ADM116] |
| **Created By** | Dennis Dolan [ | 07298 | ADM116] |
| **Create Date** | 01/13/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC [27265] |
| **Address** | It's Done Courier, LLC [27265.1]<br>2142 S. Broad Street<br>Lower Level<br>Philadelphia,PA 19145 |
| **Invoice Number** | 25963 |
| **Invoice Date** | 01/13/2025 |
| **Invoice Amount** | 570.00 USD |
| **Description** | Subpoena service for the following addresses served on 1/9/25:<br><br>- Shifting gears LLC c/o Fallon Hines, 618 Panorama Point, Lexington SC 29072<br><br>- Hite Trucking of South Carolina LLC c/o Kelly Hite, 1200 Sam Bradshaw Road, Irmo SC 29063 |
| **INVBudget** | Yes, |

## Prior Approvers

| | |
|---|---|
| **01/13/2025** | Christian Walsh[  | 08138 | FIN106 ] |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 570.00 |
| **Amount To Be Expensed** | 570.00 |

| **65782.00135-0079** | General Information Solutions LLC - Service of Subpoena - 0079 |
|---|---|
| **Line** | 0001 |
| **Description** | Subpoena service for the following addresses served on 1/9/25: |



Invoice ID: 0500-1929-5386

- Shifting gears LLC c/o Fallon Hines, 618 Panorama Point, Lexington SC 29072

- Hite Trucking of South Carolina LLC c/o Kelly Hite, 1200 Sam Bradshaw Road, Irmo SC 29063

**Override Tkpr** Dennis Dolan [ | 07298 | ADM116]

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **65782.00135-0079** | General Information Solutions LLC Waters, Keith v. HireRight | 570.00 |
| | -Service of Subpoena - 0079 | |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 570.00 |

Invoice ID: 0500-1929-5386

it's DONE! Courier
2142 S. Broad Street, Lower Level
Philadelphia, PA 19145
+12159253663
info@itsdonecourier.com

**Invoice  25963**



| BILL TO | DATE | PLEASE PAY | DUE DATE |
|---|---|---|---|
| Montgomery McCracken Walker & Rhoads LLP<br>1735 Market Street<br>19th Floor<br>Philadelphia, PA  19103 | 01/13/2025 | $570.00 | 02/13/2025 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 01/09/2025 | **Process Service HVA10**<br>Tracking #: IDC-582-816<br>Description: SERVE SUBPOENA<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103<br>To: Shifting Gears LLC c/o Fallon Hines, 618 Panorama Point, Lexington, SC, 29072<br>Requested by: Dennis Dolan<br>Delivery time: 1/12/2025 9:55 AM<br>Delivered To: Fallon Hines<br>Reference Number: HireRight/Waters 65782.00135 | 285.00 |
| 01/09/2025 | **Process Service HVA10**<br>Tracking #: IDC-491-600<br>Description: SERVE SUBPOENA<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103<br>To: Hite Trucking of South Carolina LLC c/o Kelly Hite, 1200 Sam Bradshaw Rd., Irmo, SC, 29063<br>Requested by: Dennis Dolan<br>Delivery time: 1/13/2025 10:15 AM<br>Delivered To: Parker Hite as Son of Kelly Hite<br>Reference Number: HireRight/Waters 65782.00135 | 285.00 |

| TOTAL DUE | **$570.00** |
|---|---|

THANK YOU.

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

# INVOICE

Invoice ID: 0500-1956-0526

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC |
| **Requester** | Dennis Dolan [ | 07298 | ADM116] |
| **Created By** | Dennis Dolan [ | 07298 | ADM116] |
| **Create Date** | 02/11/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC [27265] |
| **Address** | It's Done Courier, LLC [27265.1] |
| | 2142 S. Broad Street |
| | Lower Level |
| | Philadelphia,PA 19145 |
| **Invoice Number** | 26162 |
| **Invoice Date** | 02/10/2025 |
| **Invoice Amount** | 285.00 USD |
| **Description** | Service of subpoena to Chelsea Thompkins, c/o Marion County Clerk of Courts, 1305 N Main Street, SC 29571 on 2/5/25 |
| **INVBudget** | Yes, |

## Prior Approvers

| | |
|---|---|
| **02/11/2025** | Christian Walsh[  | 08138 | FIN106 ] |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 285.00 |
| **Amount To Be Expensed** | 285.00 |

| 65782.00135-0079 | General Information Solutions LLC - Service of Subpoena - 0079 |
|---|---|
| **Line** | 0001 |
| **Description** | Service of subpoena to Chelsea Thompkins, c/o Marion County Clerk of Courts, 1305 N Main Street, SC 29571 on 2/5/25 |
| **Override Tkpr** | Dennis Dolan [ | 07298 | ADM116] |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **65782.00135-0079** | General Information Solutions LLC | 285.00 |



Invoice ID: 0500-1956-0526

| | Waters, Keith v. HireRight |
| --- | --- |
| | -Service of Subpoena - 0079 |

## Expense Summary

| | Amount (USD) |
| --- | --- |
| **Billable** | 285.00 |

Invoice ID: 0500-1956-0526

It's DONE! Courier
2142 S. Broad Street, Lower Level
Philadelphia, PA 19145
+12159253663
info@itsdonecourier.com

# Invoice  26162



**BILL TO**

Montgomery McCracken Walker &
Rhoads LLP
1735 Market Street
19th Floor
Philadelphia, PA 19103

| DATE | PLEASE PAY | DUE DATE |
|------|------------|----------|
| 02/10/2025 | $285.00 | 03/10/2025 |

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 02/03/2025 | **Process Service HVA10** | 285.00 |
| | Tracking #: IDC-521-147 | |
| | Description: SERVE SUBPOENA | |
| | From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103 | |
| | To: Chelsea Thompkins  c/o Marion County Clerk of Crts, 1305 N Main St., Marion, SC, 29571 | |
| | Requested by: Dennis Dolan | |
| | Delivery time: 2/5/2025 3:00 PM | |
| | Delivered To: Chelsea Thompkins personally | |
| | Reference Number: Waters/HireRight 65782.00135 | |

| | |
|---|---|
| **TOTAL DUE** | **$285.00** |

THANK YOU.

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

---

# INVOICE

Invoice ID: 0500-1961-7037

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC |
| **Requester** | Dennis Dolan [ \| 07298 \| ADM116] |
| **Created By** | Dennis Dolan [ \| 07298 \| ADM116] |
| **Create Date** | 02/18/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC [27265] |
| **Address** | It's Done Courier, LLC [27265.1] |
| | 2142 S. Broad Street |
| | Lower Level |
| | Philadelphia,PA 19145 |
| **Invoice Number** | 26215 |
| **Invoice Date** | 02/18/2025 |
| **Invoice Amount** | ███████ |
| **INVBudget** | Yes, |

## Prior Approvers

| | |
|---|---|
| **02/18/2025** | Christian Walsh[ \| 08138 \| FIN106 ] |

## Allocation Details

Amount [USD]

| | |
|---|---|
| **Billable** | ███████ |
| **Amount To Be Expensed** | |



| | |
|---|---|
| **Billable** | 285.00 |
| **Amount To Be Expensed** | 285.00 |
| **65782.00135-0079** | General Information Solutions LLC - Service of Subpoena - 0079 |
| **Line** | 0002 |



---

Invoice ID: 0500-1961-7037

| | |
|---|---|
| **Description** | Service of Subpoena to testify at Deposition on 2/11/25: Chelsea Thompson c/o Marion County Clerk of Court, 1305 N Main Street, Marion SC 29571 on 2/13/25 |
| **Override Tkpr** | Dennis Dolan [ | 07298 | ADM116] |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **65782.00135-0079** | General Information Solutions LLC<br>Waters, Keith v. HireRight | 285.00 |
| | -Service of Subpoena - 0079 | |
| **69638.00009-0079** | ██████████████████████████████████ | |
| | -Service of Subpoena - 0079 | |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | ████████ |

**it's DONE! Courier**
2142 S. Broad Street, Lower Level
Philadelphia, PA 19145
+12159253663
info@itsdonecourier.com

**Invoice 26215**



**BILL TO**
Montgomery McCracken Walker &
Rhoads LLP
1735 Market Street
19th Floor
Philadelphia, PA 19103

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 02/18/2025 | $683.15 | 03/18/2025 |

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|



| 02/11/2025 | Process Service HVA10 | 285.00 |
|------------|-----------------------|--------|
| | Tracking #: IDC-924-766 | |
| | Description: SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION | |
| | (New Court Date) | |
| | From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, | |
| | PA, 19103 | |
| | To: Chelsea Thompkins c/o Marion County Clerk of Crts, 1305 N Main St., Marion, SC, 29571 | |
| | Requested by: Dennis Dolan | |
| | Delivery time: 2/13/2025 2:55 PM | |
| | Delivered To: Personally served | |
| | Reference Number: Waters/HireRight 65782.00135 | |

| TOTAL DUE | |
|-----------|--|
| | |

THANK YOU.

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

# INVOICE

Invoice ID: 0500-1993-9489

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC |
| **Requester** | Dennis Dolan [ | 07298 | ADM116] |
| **Created By** | Dennis Dolan [ | 07298 | ADM116] |
| **Create Date** | 03/24/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC [27265] |
| **Address** | It's Done Courier, LLC [27265.1]<br>2142 S. Broad Street<br>Lower Level<br>Philadelphia,PA 19145 |
| **Invoice Number** | 26466 |
| **Invoice Date** | 03/24/2025 |
| **Invoice Amount** | █████████ |
| **INVBudget** | Yes, |

## Prior Approvers

| | |
|---|---|
| **03/24/2025** | Craig M. Wolfe[  | 07827 | FIN098 ] |

## Allocation Details

Amount [USD]



| | Amount [USD] |
|---|---|
| **Billable** | 345.00 |
| **Amount To Be Expensed** | 345.00 |
| **65782.00135-0079** | General Information Solutions LLC - Service of Subpoena - 0079 |



Invoice ID: 0500-1993-9489

| | |
|---|---|
| **Line** | 0002 |
| **Description** | Subpoena service: Magnum LTD, c/o Wayne Gadberry, 3000 7th Ave, North, Fargo ND 58102 on 3/21/25 |
| **Override Tkpr** | Dennis Dolan [ | 07298 | ADM116] |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **65782.00135-0079** | General Information Solutions LLC Waters, Keith v. HireRight | 345.00 |
| | -Service of Subpoena - 0079 | |
| **65782.00169-0078** | ████████████████████████████ | |
| | -Service of Process - 0078 | |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | ████████ |

Invoice ID: 0500-1993-9489

**it's DONE! Courier**
2142 S. Broad Street, Lower Level
Philadelphia, PA 19145
+12159253663
info@itsdonecourier.com

**Invoice 26466**



**BILL TO**
Montgomery McCracken Walker &
Rhoads LLP
1735 Market Street
19th Floor
Philadelphia, PA 19103

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 03/24/2025 | $630.00 | 04/24/2025 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|



| 03/21/2025 | Process Service HVA10 | 345.00 |
|---|---|---|
| | Tracking #: IDC-471-487 | |
| | Description: SERVE SUBPOENA | |
| | From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103 | |
| | To: MAGNUM, LTD., c/o Wayne Gadberry, 3000 7th Ave. N., Fargo, ND, 58102 | |
| | Requested by: RACHEL MCCARDELL | |
| | Delivery time: 3/24/2025 8:25 AM | |
| | Delivered To: David Gadberry (President) | |
| | Reference Number: 65782.00135 | |

| TOTAL DUE | |
|---|---|

THANK YOU.

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

# INVOICE

Invoice ID: 0500-1935-3834

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC |
| **Requester** | Dennis Dolan [ | 07298 | ADM116] |
| **Created By** | Dennis Dolan [ | 07298 | ADM116] |
| **Create Date** | 01/20/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC [27265] |
| **Address** | It's Done Courier, LLC [27265.1]<br>2142 S. Broad Street<br>Lower Level<br>Philadelphia,PA 19145 |
| **Invoice Number** | 25980 |
| **Invoice Date** | 01/20/2025 |
| **Invoice Amount** | ███████ |
| **Description** | Delivery of Subpoena service to the following locations on 1/9/25:<br><br>- Best Logistics Group, Inc, 829 Graves Street, Kernersville NC 27284<br><br>- Southern Delivery Inc, c/o Tommy Allnutt, 4377 Wheeland Road, Little Mountain SC 29075<br><br>- Douglas E Barros Transport Inc 8987 Oak Grove Road, Stanfield NJ 28163<br><br>- BetterHelp Inc c/o CSC Lawyers Incorporated Service, 2710 Gateway Oaks Dr, Sacramento CA, 95833<br><br>- Deborah Lawson Morgan, 1119 Ash Road, Sharon Hill PA 19079<br><br>- Southern Delivery, Inc c/o Tommy Allnutt, 7899 Irmo Dr, Irmo SC 29212<br><br>- F2F Transport, LLC, 537 Market Street, STE 300, Chattanooga TN, 37402<br><br>- DS Smith Holdings, Inc, 900 Old Rosewell Lakes Pwy, Ste 310, |



Invoice ID: 0500-1935-3834

Rosewell GA 30076

- Global Distribution Inc, 5033 W Laurel St, ste 200, Tampa FL, 33609

- USDC of NJ Camden County, 4th and Cooper Sts, Camden NJ 08101

**INVBudget**   Yes,

## Prior Approvers

| | |
|---|---|
| **01/20/2025** | Jose Vidal[  | 07946 | FIN102 ] |
| **01/20/2025** | Craig M. Wolfe[  | 07827 | FIN098 ] |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 2,133.75 |
| **Amount To Be Expensed** | 2,133.75 |

| 65782.00135-0079 | General Information Solutions LLC - Service of Subpoena - 0079 |
|---|---|
| **Line** | 0001 |
| **Description** | Delivery of Subpoena service to the following locations on 1/9/25: |

- Best Logistics Group, Inc, 829 Graves Street, Kernersville NC 27284

- Southern Delivery Inc, c/o Tommy Allnutt, 4377 Wheeland Road, Little Mountain SC 29075

- Douglas E Barros Transport Inc 8987 Oak Grove Road, Stanfield NJ 28163

- BetterHelp Inc c/o CSC Lawyers Incorporated Service, 2710 Gateway Oaks Dr, Sacramento CA, 95833

- Deborah Lawson Morgan, 1119 Ash Road, Sharon Hill PA 19079

- Southern Delivery, Inc c/o Tommy Allnutt, 7899 Irmo Dr, Irmo SC 29212

- F2F Transport, LLC, 537 Market Street, STE 300, Chattanooga TN, 37402

- DS Smith Holdings, Inc, 900 Old Rosewell Lakes Pwy, Ste 310, Rosewell GA 30076

- Global Distribution Inc, 5033 W Laurel St, ste 200, Tampa FL,

|  | 33609 |
|---|---|
|  | - USDC of NJ Camden County, 4th and Cooper Sts, Camden NJ 08101 |
| Override Tkpr | Dennis Dolan [ | 07298 | ADM116] |

| Billable | 265.00 |
|---|---|
| Amount To Be Expensed | 265.00 |

| 65782.00169-0079 | General Information Solutions LLC - Service of Subpoena - 0079 |
|---|---|
| Line | 0002 |
| Description | Delivery of Subpoena service to the following locations on 1/9/25: |
|  | - Best Logistics Group, Inc, 829 Graves Street, Kernersville NC 27284 |
|  | - Southern Delivery Inc, c/o Tommy Allnutt, 4377 Wheeland Road, Little Mountain SC 29075 |
|  | - Douglas E Barros Transport Inc 8987 Oak Grove Road, Stanfield NJ 28163 |
|  | - BetterHelp Inc c/o CSC Lawyers Incorporated Service, 2710 Gateway Oaks Dr, Sacramento CA, 95833 |
|  | - Deborah Lawson Morgan, 1119 Ash Road, Sharon Hill PA 19079 |
|  | - Southern Delivery, Inc c/o Tommy Allnutt, 7899 Irmo Dr, Irmo SC 29212 |
|  | - F2F Transport, LLC, 537 Market Street, STE 300, Chattanooga TN, 37402 |
|  | - DS Smith Holdings, Inc, 900 Old Rosewell Lakes Pwy, Ste 310, Rosewell GA 30076 |
|  | - Global Distribution Inc, 5033 W Laurel St, ste 200, Tampa FL, 33609 |
|  | - USDC of NJ Camden County, 4th and Cooper Sts, Camden NJ 08101 |
| Override Tkpr | Dennis Dolan [ | 07298 | ADM116] |

| Billable | 120.00 |
|---|---|
| Amount To Be Expensed | 120.00 |

Invoice ID: 0500-1935-3834



**Billable**

**Amount To Be Expensed**

| 10250.00021-0051 | |
|---|---|

Line    0004

Description    Delivery of Subpoena service to the following locations on 1/9/25:

- Best Logistics Group, Inc, 829 Graves Street, Kernersville NC 27284

- Southern Delivery Inc, c/o Tommy Allnutt, 4377 Wheeland Road, Little Mountain SC 29075

- Douglas E Barros Transport Inc 8987 Oak Grove Road,

Stanfield NJ 28163

- BetterHelp Inc c/o CSC Lawyers Incorporated Service, 2710 Gateway Oaks Dr, Sacramento CA, 95833

- Deborah Lawson Morgan, 1119 Ash Road, Sharon Hill PA 19079

- Southern Delivery, Inc c/o Tommy Allnutt, 7899 Irmo Dr, Irmo SC 29212

- F2F Transport, LLC, 537 Market Street, STE 300, Chattanooga TN, 37402

- DS Smith Holdings, Inc, 900 Old Rosewell Lakes Pwy, Ste 310, Rosewell GA 30076

- Global Distribution Inc, 5033 W Laurel St, ste 200, Tampa FL, 33609

- USDC of NJ Camden County, 4th and Cooper Sts, Camden NJ 08101

| | |
|---|---|
| **Override Tkpr** | Dennis Dolan [ \| 07298 \| ADM116] |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **10250.00021-0051** | | |
| | | |
| **65782.00135-0079** | General Information Solutions LLC<br>Waters, Keith v. HireRight | 2,133.75 |
| | -Service of Subpoena - 0079 | |
| **65782.00169-0079** | | |
| | | |
| **68601.00032-0079** | | |
| | | |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | |

Invoice ID: 0500-1935-3834

it's DONE! Courier
2142 S. Broad Street, Lower Level
Philadelphia, PA 19145
+12159253663
info@itsdonecourier.com

**Invoice 25980**



**BILL TO**
Montgomery McCracken Walker &
Rhoads LLP
1735 Market Street
19th Floor
Philadelphia, PA 19103

| DATE | PLEASE PAY | DUE DATE |
|------|-----------|----------|
| 01/20/2025 | $2,598.75 | 02/20/2025 |

| DATE | ACTIVITY | AMOUNT |
|------|----------|--------|
| 01/09/2025 | **Process Service HVA10**<br>Tracking #: IDC-276-080<br>Description: SERVE SUBPOENA<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103<br>To: Best Logistics Group, Inc. , 829 Graves Street, Kernersville, NC, 27284<br>Requested by: Dennis Dolan<br>Delivery time: 1/13/2025 1:34 PM<br>Delivered To: Patti Gru. Agent in Charge<br>Reference Number: HireRight/Waters 65782.00135 | 285.00 |
| 01/09/2025 | **Process Service HVA10**<br>Tracking #: IDC-245-871<br>Description: SERVE SUBPOENA<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103<br>To: Southern Delivery, Inc. c/o Tommy E. Allnutt , 4377 Wheeland Road, Little Mountain, SC, 29075<br>Requested by: Dennis Dolan<br>Delivery time: 1/13/2025 2:29 PM<br>Delivered To: NON-SERVE-see comments<br>Reference Number: HireRight/Waters 65782.00135 | 285.00 |
| 01/09/2025 | **Process Service HVA10**<br>Tracking #: IDC-144-921<br>Description: SERVE SUBPOENA<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103<br>To: Douglas E. Barnes Transport Inc., 8987 Oak Grove Road, Stanfield, NC, 28163<br>Requested by: Dennis Dolan<br>Delivery time: 1/14/2025 5:00 PM<br>Delivered To: Douglas Barnes<br>Reference Number: HireRight/Waters 65782.00135 | 285.00 |

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

Invoice ID: 0500-1935-3834

| DATE | ACTIVITY | AMOUNT |
|---|---|---|



| 01/14/2025 | **Process Service HVA10** | 265.00 |
| | Tracking #: IDC-140-123 | |
| | Description: SERVE SUBPOENA | |
| | From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103 | |
| | To: Southern Delivery, Inc. c/o Tommy E. Allnutt, 7899 Irmo Dr., Irmo, SC, 29212 | |
| | Requested by: Dennis Dolan | |
| | Delivery time: 1/14/2025 8:20 PM | |
| | Delivered To: Tommy E. Allnutt | |
| | Reference Number: HireRight/Waters 65782.00135 | |
| 01/15/2025 | **Process Service HVA10** | 331.25 |
| | Tracking #: IDC-977-909 | |
| | Description: RUSH - SERVE SUBPOENA | |
| | From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103 | |
| | To: F2F Transport, LLC, 537 Market St., Ste 300, c/o R. Jonathan Guthrie , Chattanooga, TN, 37402 | |
| | $66.25 - RUSH! | |
| | Requested by: Dennis Dolan | |
| | Delivery time: 1/16/2025 9:48 AM | |
| | Delivered To: Jonathan Guthrie | |
| | Reference Number: HireRight/Waters 65782.00135 | |
| 01/15/2025 | **Process Service HVA10** | 331.25 |
| | Tracking #: IDC-390-480 | |
| | Description: RUSH - SERVE SUBPOENA | |
| | From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103 | |
| | To: DS Smith Holdings, Inc. , 900 Old Roswell Lakes Pkwy, Suite 310, c/o Registered Agent Solutions, Inc., Roswell, GA, 30076 | |
| | $66.25 - RUSH! | |
| | Requested by: Dennis Dolan | |
| | Delivery time: 1/15/2025 1:30 PM | |
| | Delivered To: KIARA SOLDANO, PROCESS SPECIALIST | |
| | Reference Number: HireRight/Waters 65782.00135 | |

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

Invoice ID: 0500-1935-3834

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 01/15/2025 | Process Service HVA10 | 331.25 |
| | Tracking #: IDC-699-129 | |
| | Description: RUSH - SERVE SUBPOENA | |
| | From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia, PA, 19103 | |
| | To: Global Distribution, Inc. , 5033 W Laurel Street, 200, c/o Avilio Rivera , Tampa, FL, 33609 | |
| | $66.25 - RUSH! | |
| | Requested by: Dennis Dolan | |
| | Delivery time: 1/16/2025 12:45 PM | |
| | Delivered To: non serve - see comments | |
| | Reference Number: HireRight/Waters 65782.00135 | |



| | TOTAL DUE | |
|---|---|---|

THANK YOU.

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

# INVOICE

Invoice ID: 0500-2001-3769

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC |
| **Requester** | Dennis Dolan [ | 07298 | ADM116] |
| **Created By** | Dennis Dolan [ | 07298 | ADM116] |
| **Create Date** | 03/31/2025 |

## Invoice Information

| | |
|---|---|
| **Vendor** | It's Done Courier, LLC [27265] |
| **Address** | It's Done Courier, LLC [27265.1]<br>2142 S. Broad Street<br>Lower Level<br>Philadelphia,PA 19145 |
| **Invoice Number** | 26500 |
| **Invoice Date** | 03/31/2025 |
| **Invoice Amount** | 686.25 USD |
| **Description** | Subpoena to attend and testify to the following:<br><br>- Brandy Lewis c/o Horry County Clerk of Court, 301 2nd Avenue, Conway SC 29526 on 3/26/25<br><br>- Big G Express, Inc & Blake Smith c/o Big G Express, 190 Hawkins Drive, Shelbyville TN 37162 on 3/26/25 |
| **INVBudget** | Yes, |

## Prior Approvers

| | |
|---|---|
| **03/31/2025** | Christian Walsh[  | 08138 | FIN106 ] |

## Allocation Details

| | Amount [USD] |
|---|---|
| **Billable** | 686.25 |
| **Amount To Be Expensed** | 686.25 |

| 65782.00135-0079 | General Information Solutions LLC - Service of Subpoena - 0079 |
|---|---|
| **Line** | 0001 |
| **Description** | Subpoena to attend and testify to the following: |



Invoice ID: 0500-2001-3769

|  | - Brandy Lewis c/o Horry County Clerk of Court, 301 2nd Avenue, Conway SC 29526 on 3/26/25 |
|  | - Big G Express, Inc & Blake Smith c/o Big G Express, 190 Hawkins Drive, Shelbyville TN 37162 on 3/26/25 |
| **Override Tkpr** | Dennis Dolan [ \| 07298 \| ADM116] |

| **Billable** | 0.00 |
|---|---|
| **Amount To Be Expensed** | 0.00 |

| **65782.00135-0079** | General Information Solutions LLC - Service of Subpoena - 0079 |
|---|---|
| **Line** | 0002 |
| **Description** | Subpoena to attend and testify to the following:<br><br>- Brandy Lewis c/o Horry County Clerk of Court, 301 2nd Avenue, Conway SC 29526 on 3/26/25<br><br>- Big G Express, Inc & Blake Smith c/o Big G Express, 190 Hawkins Drive, Shelbyville TN 37162 on 3/26/25 |
| **Override Tkpr** | Dennis Dolan [ \| 07298 \| ADM116] |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **65782.00135-0079** | General Information Solutions LLC<br>Waters, Keith v. HireRight | 686.25 |
| | -Service of Subpoena - 0079 | |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 686.25 |

Invoice ID: 0500-2001-3769

**it's DONE! Courier**
2142 S. Broad Street, Lower Level
Philadelphia, PA 19145
+12159253663
info@itsdonecourier.com

**Invoice 26500**



**BILL TO**
Montgomery McCracken Walker &
Rhoads LLP
1735 Market Street
19th Floor
Philadelphia, PA 19103

| DATE | PLEASE PAY | DUE DATE |
|---|---|---|
| 03/31/2025 | $686.25 | 04/30/2025 |

| DATE | ACTIVITY | AMOUNT |
|---|---|---|
| 03/26/2025 | **Process Service HVA10**<br>Tracking #: IDC-906-660<br>Description: Rush Serve by 3/31<br>NOTICE OF ISSUANCE AND INTENT TO SERVE SUBPOENAS, SUBPOENA TO TESTIFY AT A<br>DEPOSITION IN A CIVIL ACTION, ADDENDUM FRCP 45 – DEPOSITION OF BRANDY LEWIS,<br>COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia,<br>PA, 19103<br>To: Brandy Lewis c/o Horry County Clerk of Court, 1301 2nd Ave, Conway , SC, 29526<br>$71.25 - RUSH!<br>Requested by: RACHEL MCCARDELL<br>Delivery time: 3/27/2025 10:00 AM<br>Delivered To: Brandy Lewis<br>Reference Number: 65782.00135 Rachel McCardell | 356.25 |
| 03/26/2025 | **Process Service HVA10**<br>Tracking #: IDC-554-040<br>Description: 2 SUBPOENAS<br>1) NOTICE OF ISSUANCE AND INTENT TO SERVE SUBPOENAS, SUBPOENA TO TESTIFY AT<br>A DEPOSITION IN A CIVIL ACTION, ADDENDUM FRCP 45 - DEPOSITION OF BLAKE SMITH,<br>COMPLAINT FOR DAMAGES and<br>DEMAND FOR JURY TRIAL<br>2) NOTICE OF ISSUANCE AND INTENT TO SERVE SUBPOENAS, SUBPOENA TO TESTIFY AT<br>A DEPOSITION IN A CIVIL ACTION, ADDENDUM Topics for Big G Express, Inc. 30(b)(6)<br>Deposition, COMPLAINT FOR DAMAGES and DEMAND FOR JURY TRIAL<br>From: Montgomery McCracken Walker & Rhoads LLP, 1735 Market Street, 19th Floor, Philadelphia,<br>PA, 19103<br>To: Big G Express, Inc & Blake Smith c/o Big G Express, 190 Hawkins Drive, Shelbyville, TN, 37162<br>$45.00 - Additional Subpoena<br>Requested by: RACHEL MCCARDELL<br>Delivery time: 3/27/2025 1:00 PM<br>Delivered To: Only served company see notes<br>Reference Number: 65782.00135 R McCardell | 330.00 |

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640

Invoice ID: 0500-2001-3769

| TOTAL DUE | $686.25 |
|---|---|

THANK YOU.

EIN 45-3759342

If you are paying using "ZELLE"
We can be found by using: dan@itsdonecourier.com or 215-651-8640