# EXHIBIT D

**PHV Invoices for Bill of Costs (Redacted)**

# INVOICE

Invoice ID: 0500-1795-9503

| | |
|---|---|
| **Vendor** | Haynsworth Sinkler Boyd, PA |
| **Requester** | John G. Papianou [ | 00191 | ATY453] |
| **Created By** | Carol D. Marcovecchio [ | 07622 | SEC130] |
| **Create Date** | 08/13/2024 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Haynsworth Sinkler Boyd, PA [27398] |
| **Address** | Haynsworth Sinkler Boyd, PA [27398.02] |
| | 134 Meeting Street |
| | P.O. Box 340 |
| | Charleston, SC 29402-0340 |
| | US |
| **Invoice Number** | 2004774 |
| **Invoice Date** | 08/06/2024 |
| **Invoice Amount** | ▇▇▇▇▇▇▇ |
| **Description** | legal services through 7/31/2024 |
| **Check Memo** | legal services through 7/31/2024 |

## Prior Approvers

| | |
|---|---|
| 08/14/2024 | John G. Papianou[ | 00191 | ATY453 ] |
| 08/15/2024 | Carol D. Marcovecchio[ | 07622 | SEC130 ] |
| 08/15/2024 | Jose Vidal[ | 07946 | FIN102 ] |
| 08/15/2024 | Kellie Richardson[ | 09226 | FIN105 ] |

## Special Handling

| | |
|---|---|
| **Hold Payment** | Yes |

## Invoice Notes

**K Richardson**  08/14/2024 09:06 PM
Please submit with a dollar amount.

## Allocation Details                                          Amount [USD]

| | |
|---|---|
| **Billable** | ▇▇▇▇▇▇▇ |



Invoice ID: 0500-1795-9503

| Amount To Be Expensed | |  |
|---|---|---|
| **65782.00135-0062** | General Information Solutions LLC - Legal Fee/Expenses - 0062 | |
| Line | 0001 | |
| Description | legal services through 7/31/2024 | |
| Override Tkpr | John G. Papianou [ | 00191 | ATY453] | |

## Allocation Summary                                                                 Amount (USD)

| 65782.00135-0062 | General Information Solutions LLC<br>Waters, Keith v. HireRight | |
|---|---|---|
| | -Legal Fee/Expenses - 0062 | |

## Expense Summary                                            Amount (USD)

| Billable | |
|---|---|

**HAYNSWORTH SINKLER BOYD**

134 Meeting Street
P.O. Box 340
Charleston, S.C. 29402-0340
843-722-3366

Tax ID No. 57-1111443

August 6, 2024
Invoice # 2004774

HireRight, LLC c/o Montgomery McCrackin Walker & Rhoades LLP
Leah Tedford (ltedford@mmwr.com)
cc:John Papianou (jpapianou@mmwr.com)
cc: Carol Marcovecchio(cmarcovecchio@mmwr.com)
1735 Market Street
Philadelphia, PA 19103

Re:     46179-0001 / Keith Eugene Walters v. HireRight, LLC

Defendant Name: HireRight, LLC
Jurisdiction: south Caro
Date of Loss: August 8, 2022
C.A. Number: 23-cv-06668-RPH

### STATEMENT OF ACCOUNT

**Prior Activity**

Previous Balance Due as of June 20, 2024

Balance Forward

**Current Activity**

Fees from 07/24/24 through 07/31/24

Expenses from 06/14/24 through 07/31/24

**Current Invoice Total**

**Total Balance Due (Balance Forward + Current)**



Interim Bill                    Original                         1316 - 3270605
Page 1

Invoice ID: 0500-1795-9503

46179.0001  
Keith Eugene Walters v. HireRight, LLC

August 6, 2024  
Invoice No. 2004774

### TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| William H Morrison - Shareholder | | | |
| **Total All Staff** | | | |



### FEE DETAIL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/24/24 | WHM | | | |
| 07/25/24 | WHM | | | |
| 07/26/24 | WHM | | | |
| **Total Hours and Fees** | | | | |



### EXPENSE RECAP

| Date | Description | Amount |
|---|---|---|
| 06/14/24 | Filing Fee - 05/23/24 Filing Fee to U.S. District Court, Florence Division for Motion for Pro Hac Vice Application for Leah Tedford- VENDOR: Synovus Bank; INVOICE#: 05242024WMORRISON; DATE: 6/14/2024 | $ 350.00 |
| 06/14/24 | Filing Fee - 05/23/24 Filing Fee to U.S. District Court, Florence Division for Motion for Pro Hac Vice Admission for Layal Ramirez- VENDOR: Synovus Bank; INVOICE#: 05242024WMORRISON1; DATE: 6/14/2024 | 350.00 |
| **Total Expenses** | | **$ 700.00** |

### DISBURSEMENT SUMMARY

| Description of Expenses | Amount |
|---|---|
| Filing Fee | 700.00 |
| **Total Disbursements** | **$ 700.00** |

Page 2

Invoice ID: 0500-1795-9503

**HAYNSWORTH SINKLER BOYD**

134 Meeting Street
P.O. Box 340
Charleston, S.C. 29402-0340
843-722-3366

Tax ID No. 57-1111443

August 6, 2024
Invoice # 2004774

HireRight, LLC c/o Montgomery McCrackin Walker & Rhoades LLP
Leah Tedford (ltedford@mmwr.com)
cc:John Papianou (jpapianou@mmwr.com)
cc: Carol Marcovecchio(cmarcovecchio@mmwr.com)
1735 Market Street
Philadelphia, PA 19103

Re:     46179-0001 / Keith Eugene Walters v. HireRight, LLC

Defendant Name: HireRight, LLC
Jurisdiction: south Caro
Date of Loss: 08/08/22
C.A. Number: 23-cv-06668-RPH

### STATEMENT OF ACCOUNT

**Prior Activity**

Previous Balance Due as of June 20, 2024          

Balance Forward

**Current Activity**

Fees from 07/24/24 through 07/31/24

Expenses from 06/14/24 through 07/31/24          700.00

**Current Invoice Total**                        

**Total Balance Due (Balance Forward + Current)**

### REMITTANCE COPY – PAYMENT OPTIONS FOLLOW

Invoice ID: 0500-1795-9503

**Do not accept any changes to the payment instructions below unless you receive:**
1) **verbal confirmation by calling the phone number listed above, and** 2) **written confirmation by email from an authorized representative in the firm's Accounting Department.**

| **By Check:** mail to the address listed on this invoice and include this remittance copy | |
|---|---|
| **By Wire originating in the United States:** | **By ACH:** |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **By Wire originating outside the United States:** | **By Credit Card or Electronic Check (1.5% Fee):** |
| ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

# HAYNSWORTH SINKLER BOYD

134 Meeting Street
P.O. Box 340
Charleston, S.C. 29402-0340
843-722-3366

Tax ID No. 57-1111443

December 10, 2024
Invoice # 2017297

HireRight, LLC c/o Montgomery McCrackin Walker & Rhoades LLP
Leah Tedford (ltedford@mmwr.com)
cc:John Papianou (jpapianou@mmwr.com)
cc: Carol Marcovecchio(cmarcovecchio@mmwr.com)
1735 Market Street
Philadelphia, PA 19103

Re:     46179-0001 / Keith Eugene Walters v. HireRight, LLC

Defendant Name: HireRight, LLC
Jurisdiction: south Caro
Date of Loss: August 8, 2022
C.A. Number: 23-cv-06668-RPH

## STATEMENT OF ACCOUNT

**Prior Activity**

Previous Balance Due as of September 16, 2024

    09/18/24           Cash Receipt

Balance Forward

**Current Activity**

Fees from 09/23/24 through 11/30/24

Expenses from 10/28/24 through 11/30/24                                           350.00

**Current Invoice Total**





**Total Balance Due (Balance Forward + Current)**

Interim Bill            Original                          1316 - 3302498
Page 1

46179.0001											December 10, 2024
Keith Eugene Walters v. HireRight, LLC						Invoice No. 2017297

## TIMEKEEPER SUMMARY

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|

## FEE DETAIL

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|

## EXPENSE RECAP

| Date | Description | Amount |
|---|---|---|

Page 2

| | |
|---|---|
| 46179.0001 | December 10, 2024 |
| Keith Eugene Walters v. HireRight, LLC | Invoice No. 2017297 |

| | | |
|---|---|---|
| 10/28/24 | Filing Fee - 10/28/24 Required filing fee for Motion for Pro Hac Vice Application for Andrew Notaristefano, Esq. for Defendant HireRight, LLC in United States District Court for the State of South Carolina- VENDOR: Synovus Bank; INVOICE#: 10282024WMORRISON; DATE: 10/28/2024 | $ 350.00 |
| **Total Expenses** | | **$ 350.00** |

## DISBURSEMENT SUMMARY

| Description of Expenses | Amount |
|---|---|
| Filing Fee | 350.00 |
| **Total Disbursements** | **$ 350.00** |

Page 3

# HAYNSWORTH SINKLER BOYD

134 Meeting Street
P.O. Box 340
Charleston, S.C. 29402-0340
843-722-3366

Tax ID No. 57-1111443

December 10, 2024
Invoice # 2017297

HireRight, LLC c/o Montgomery McCrackin Walker & Rhoades LLP
Leah Tedford (ltedford@mmwr.com)
cc:John Papianou (jpapianou@mmwr.com)
cc: Carol Marcovecchio(cmarcovecchio@mmwr.com)
1735 Market Street
Philadelphia, PA 19103

Re:      46179-0001 / Keith Eugene Walters v. HireRight, LLC

Defendant Name: HireRight, LLC
Jurisdiction: south Caro
Date of Loss: 08/08/22
C.A. Number: 23-cv-06668-RPH

## STATEMENT OF ACCOUNT

**Prior Activity**

Previous Balance Due as of September 16, 2024

09/18/24             Cash Receipt

Balance Forward

**Current Activity**

Fees from 09/23/24 through 11/30/24

Expenses from 10/28/24 through 11/30/24                                                 350.00

**Current Invoice Total**



**Total Balance Due (Balance Forward + Current)**



## REMITTANCE COPY – PAYMENT OPTIONS FOLLOW

**Wire and ACH instructions have recently changed.** Do not accept any changes to the below information unless you receive:
1) verbal confirmation by calling the phone number listed above, <u>and</u> 2) written confirmation by mail or email from an authorized representative in the firm's Accounting Department.

| | |
|---|---|
| **By Check:** mail to the address listed on this invoice and include this remittance copy ||
| **By Wire originating in the United States:** <br> ███████████████ | **By ACH:** <br> ███████████████ |
| **By Wire originating outside the United States:** <br> ███████████████ | **By Credit Card or Electronic Check (1.5% Fee):** <br> Follow link on our website: <br> ███████████████ <br> *($10,000 limit per Electronic Check) |

# INVOICE

Invoice ID: 0500-1702-2872

| | |
|---|---|
| **Vendor** | Supreme Court Of Pennsylvania |
| **Requester** | Layal Issa Ramirez [ | 08114 | ATY020] |
| **Created By** | Linda M. Schmidt [ | 07450 | SEC059] |
| **Create Date** | 04/17/2024 |

## Invoice Information

| | |
|---|---|
| **Vendor** | Supreme Court Of Pennsylvania [00209] |
| **Address** | Supreme Court Of Pennsylvania [00209.4]<br>468 City Hall<br>Philadelphia,PA 19107<br>US |
| **Invoice Number** | 04172425.0 |
| **Invoice Date** | 04/17/2024 |
| **Invoice Amount** | 25.00 USD |
| **Description** | obtaining a certificate of good standing for pro hac vice motion |
| **Check Memo** | obtaining a certificate of good standing for pro hac vice motion |
| **InvDueDate** | 04/17/2024 |

## Prior Approvers

| | |
|---|---|
| 04/17/2024 | Layal Issa Ramirez[  | 08114 | ATY020 ] |
| 04/17/2024 | Patrick J. Hayburn[  | 07811 | FIN096 ] |

## Special Handling

| | |
|---|---|
| **Rush** | Yes |

## Invoice Notes

| | |
|---|---|
| **L Schmidt** | 04/17/2024 01:26 PM |
| | Layal:  Please approve. |
| **L Schmidt** | 04/17/2024 01:22 PM |
| | Could I please have this check by 1:00 today.  I need to send this request out as soon as possible. |

## Allocation Details

Amount [USD]



Invoice ID: 0500-1702-2872

| | |
|---|---|
| **Billable** | 25.00 |
| **Amount To Be Expensed** | 25.00 |
| **65782.00135-0026** | General Information Solutions LLC - Good Standing Certificate - 0026 |
| **Line** | 0001 |
| **Description** | obtaining a certificate of good standing for pro hac vice motion |
| **Override Tkpr** | Layal Issa Ramirez [ | 08114 | ATY020] |

## Allocation Summary

| | | Amount (USD) |
|---|---|---|
| **65782.00135-0026** | General Information Solutions LLC<br>Waters, Keith v. HireRight | 25.00 |
| | -Good Standing Certificate - 0026 | |

## Expense Summary

| | Amount (USD) |
|---|---|
| **Billable** | 25.00 |